IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ANTONIO JACUINDE AGUILAR and
RAUL JACUINDE LOPEZ,

        Plaintiff,

    v.

DONALD NEUFELD, Director, Service
Center Operations, United States Citizenship
and Immigration Services; L. FRANCIS
CISSNA, Director, United States Citizenship
and Immigration Services; KIRSTJEN M.
NIELSON, Secretary of the Department of
Homeland Security; JEFFERSON B.
SESSIONS, III, Attorney General Of The
United States; PHILLIP SLATTERY,
Director, National Visa Center; MICHAEL
R. POMPEO, Secretary Of State,

        Defendants.

No. 3:18-cv-01793-AC

ORDER

1 – ORDER

HERNÁNDEZ, District Judge:

Magistrate Judge John Acosta issued a Findings and Recommendation on February 27, 2020, in which he recommends that the Court grant Defendants' motion for summary judgment. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, the Court is relieved of its obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, the Court finds no error.

## CONCLUSION

The Court ADOPTS Magistrate Judge Acosta's Findings and Recommendation [31]. Accordingly, Defendants' Motion for Summary Judgment [26] is GRANTED.

IT IS SO ORDERED.

DATED: _____June 17, 2020_____.

_____
MARCO A. HERNÁNDEZ
United States District Judge

2 – ORDER